W. P. Bennett, Appellant, vs. The tropical Land Company, a corporation under the laws of the State of New York, Appellee.

Appeal from Circuit Court, Sumter county; William A. Hocker, Judge.

Anderson & Hocker, for Appellant.

J. C. Langley (with whom was J. L. Young on the brief), for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant.